UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* JOSEPH TESTINO, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> AUGUSTA MEDICAL SYSTEMS, LLC, ) <br> and JULIAN OSBON, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:07-CV-146 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C.§ 3730(b), the United States of America, Joseph Testino ("Relator"), and Defendants Augusta Medical Systems, LLC, and Julian Osbon ("Defendants") (collectively, "the Parties") hereby stipulate to the dismissal with prejudice of all claims asserted against Defendants in this action.

The Parties respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully submitted, this 30th day of May 2012.

1

COUNSEL FOR THE UNITED STATES

JAMES D. DURHAM, Attorney for the United States
Acting under Authority Conferred by Title 28, Section 515

| s/ Edgar D. Bueno | s/ Shannon Heath Statkus |
|---|---|
| Edgar D. Bueno | Shannon Heath Statkus |
| Assistant United States Attorney | Assistant United States Attorney |
| Virginia Bar No. 41307 | South Carolina Bar No. 70410 |
| P.O. Box 8970 | P.O. Box 2017 |
| Savannah, Georgia 31412 | Augusta, Georgia 30903 |
| (912) 652-4422 | (706) 724-0517 |

COUNSEL FOR RELATOR

| s/ David B. Bell | s/ G. Mark Simpson | s/ Michael A. Sullivan |
|---|---|---|
| David B. Bell | G. Mark Simpson | Michael A. Sullivan |
| Ga. Bar No. 047750 | Ga. Bar No. 647725 | Ga. Bar No. 691431 |
| 619 Greene Street | Simpson Law Firm, LLC | Finch McCranie, LLP |
| Augusta, GA 30903 | 110 Habersham Drive, Suite 108 | 225 Peachtree Street, NE |
| | Fayetteville, GA 30214 | 1700 South Tower |
| | | Atlanta, GA 30303 |

COUNSEL FOR DEFENDANT AUGUSTA MEDICAL SYSTEMS, LLC

s/ Richard K. Hines
Richard K. Hines
Ga. Bar No. 356300
Nelson, Mullins, Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

s/ Kristen Pollock McDonald
Kristen Pollock McDonald
Ga. Bar No. 388558
Nelson, Mullins, Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

s/ Rebekah N. Plowman
Rebekah N. Plowman
Ga. Bar No. 531044
Nelson, Mullins, Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

s/ R. Ross Burris, III
R. Ross Burris, III
Ga. Bar No. 097433
Nelson, Mullins, Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

COUNSEL FOR DEFENDANT JULIAN OSBON

s/ Neal Dickert
Neal Dickert
Ga. Bar No. 220850
Hull Barrett, PC
801 Broad Street, Floor 7
Augusta, GA 30901

s/ George R. Hall
George R. Hall
Ga. Bar No. 318580
Hull Barrett, PC
801 Broad Street, Floor 7
Augusta, GA 30901

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2012, I served the foregoing, Joint Stipulation of Dismissal, on the following parties in this case in accordance with the directives from the Court Notice of Electronic Filing (NEF) which was generated as a result of electronic filing:

Rebekah N. Plowman, Esq.
Kristen Pollock McDonald, Esq.
R. Ross Burris, III, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

Neal Dickert, Esq.
George R. Hall, Esq.
Hull Barrett, PC
801 Broad Street, Floor 7
Augusta, GA 30901

David B. Bell, Esq.
619 Greene Street
Augusta, GA 30903

G. Mark Simpson, Esq.
Simpson Law Firm, LLC
Simpson Law Firm, LLC
110 Habersham Drive, Suite 108
Fayetteville, GA 30214

Michael A. Sullivan, Esq.
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303

                s/ Edgar D. Bueno
                Edgar D. Bueno
                Assistant United States Attorney
                Southern District of Georgia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* JOSEPH TESTINO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:07-CV-146 |
| | ) | |
| AUGUSTA MEDICAL SYSTEMS, LLC, | ) | |
| and JULIAN OSBON, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

The United States of America, Relator Joseph Testino, and Defendants Augusta Medical Systems, LLC and Julian Osbon (collective, "the Parties"), hereby seek dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  Upon due consideration of the Joint Stipulation of Dismissal and the other papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. The complaint is **DISMISSED**; and

2. The dismissal shall be **WITH PREJUDICE** as to the United States and the Relator with respect to all claims against Defendants in this action.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Dated: _____