IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSEPTH TESTINO, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 107-146 |
| AUGUSTA MEDICAL SYSTEMS, LLC, and JULIAN OSBON, | * * * | |
| Defendants. | * | |

## O R D E R

On October 26, 2007, Plaintiff brought this *qui tam* action to recover damages and civil penalties arising from Defendants' alleged violation of the False Claims Act, 31 U.S.C. § 3729-3733. (Doc. no. 1.) The parties have since reached a settlement agreement (doc. no. 132), and have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a joint stipulation of dismissal. (Doc. no. 133.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 4th day of June, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA